# PIERCE BAINBRIDGE

August 2, 2023

The Honorable Judge Esther Salas
United States District Court
50 Walnut Street
Newark, NJ 07102

DOCKET: 23-cv-03428 (Risis v. Risis et al.)

Dear Judge Salas,

My name is Daniel M. Risis, I am a father to two boys, one is 7 and one is 9. I am 41 years old, and my wife and I have been together for 23 years. I am not a "google" result. I am not a youtube video. I am not a clown. My goal for this case is to limit the exposure and the sensational nature of the facts and only represent the facts to you and your courtroom so that you can do your job properly without distractions. There are many things that will be said during the course of this trial, and rather than punishing me for speaking up against injustice, all you need to say are two words: "Prove it". If I do not prove every single thing that I have claimed to, I will gladly comply with any Orders or anything you chose to do to undermine the validity of my claim. In short, one lie will destroy my entire case, therefore I have spent almost 4 years prepping all the discovery, documentation and evidence that overwhelmingly exceeds the Burden of Proof and the threshold required to win this case.

Your Honor, before we dive into our first motion I wanted to say Thank You for giving me the chance of a fresh start. I am humbled by you accepting this case given the false reputation that has spread amongst the courts and attorneys regarding me personally. The reason why I am so excited to work with you as a Judge, is because of my negative experiences with Judges and Magistrates prior to you.

1

I am not a lawyer, yet I read very well. The facts are overwhelmingly on my side and I will gladly address any case law that is used in conjunction with the defense in order for them to support a narrative of lies. This case is designed for liars to expose themselves immediately. Justice is blind and all I ask is that we respect that statement, and I am treated the same way as any other human being that comes before the court.

It saddens me greatly that this letter comes to you on an emergency basis. However it has become very clear to me that not only has everything that I have said come true, it is imperative that Your Honor, and this court step in to assist me with the unjust judgments that have affected my personal and professional life. My life has been completely dragged through the mud due to my mother's unprofessional and unlawful conduct.

I have $2 million in judgments that need to be immediately lifted in order for this case to be adjudicated. These two judgments are based solely on my representation of my mother's company which came in conjunction with multiple promises that she had made to me. In front of countless witnesses she stated that I would end up owning her company. In reality I was used for my credit and my assets in order to obtain loans to support her company and personal life. As I write to you today, my mother is working with criminals that have assisted her in robbing the business which I have spent over two decades building for her.

I no longer have access to any of the assets that came as collateral for any of these loans, nor would I have ever signed for any of these or cosigned for any of these loans had I known that my mother would eventually rob me blind.

I have done everything in my powers to work with law-enforcement, and we continue to work with law-enforcement, but that is still not fast enough in order to intervene in the two judgments. These judgments are on me personally as a direct result of my professional capacity as Managing Director of my mothers company, Daniel Markus Inc dba Perfect Pawn. What you see happening before you today is so illegal, and unlawful that it is almost impossible for me to put words to it other than for me to point to the articles regarding Ali Soto and Vickiana Colon and their various criminal activities that are a direct result of my mother's actions.

2

As Managing Director of my mothers company I very carefully followed all laws and regulations regarding the pawn broking industry. Historically speaking, a pawn shop is a "hotbed" of criminal activity and after one million transactions I have performed on behalf of my mother not one time was the business liable or even fined in conjunction with any criminal matters. We had zoning issues, and we had unhappy customers who did not pay their loans on time who tried using law enforcement, but never once under my watch did we break the law.

The second my mother robbed the business all the other employees who found it financially prudent to them to break the law started to do just that. A legitimate business was transformed into a criminal enterprise overnight due to the actions of Margarita Risis, and this trial will show just that. Had my mother, Margarita Risis, not robbed the business of 6 million dollars and not saddled me with 2 million dollars in debt, while firing me at the same time, I would have easily managed to pay off the debt and all creditors since that was the plan I had in place after I took ownership.

This Motion needs to be isolated from the rest of the case since this is "Theft by Deception" in the most clear form. Theft by Deception is a crime:

**C.S. § 5552(b)(1), *theft by deception is listed as a major offense. This means that the statute of limitations that applies is five years instead of two.***

This is not a matter where the creditors can simply say where the time to lift the judgments have passed. The statute of limitation for a Theft by Deception is 5 years and since this is a criminal matter it needs to be treated appropriately in Federal Court and not as it has been for the last two years.

I am pleading with this court to set the two judgments aside in order to give me a chance to show the courts the fact that I am NOT responsible for this debt. I am a victim of millions of dollars in legal fees and countless other long-term traumatic side effects. I will need this court's assistance to immediately undo what has been done.

3

In my experience in dealing with the Judicial system over the past few years, you will quickly say "I am sorry Daniel there is nothing I can do since the judgements have already been entered" this is materially false. You have the power, the absolute power, to set these judgments aside because your power becomes absolute when the "Interest of Justice Requires It".

Your Honor, please see the case below and its conclusion. It is the case law that shows you have full jurisdiction in order to set these judgments aside so that I have my day in court. Since BOTH of these judgments I was not able to attend or participate in a "personal" capacity. The facts have vastly changed since these judgments were entered, and had I known of my mothers plan I would have hired my own attorney and would have represented myself in a personal capacity as well as quitting her "criminal activity" that she has perpetrated and been caught in. Margarita Risis, Oleg Neizvestny, and PB Financing have all been caught in their web of lies, and in front of your eyes the facts will come out.

*In sum, we conclude that in the Hartford action the Supreme Court had inherent and continuing common-law jurisdiction over its judgment and that the court may vacate or modify it even after a notice of appeal has been served and the argument on appeal heard. Such relief should not be granted merely at the request of the parties to the action, however, and the issuing court should take whatever means it deems necessary to satisfy itself that the relief is not being sought for ulterior motives and does not unjustly alter the rights of those who are indirectly affected by the vacatur of the judgment.*

*Ruben v. Am. Foreign Ins Co., 185 A.D.2d 63, 69 (N.Y. App. Div. 1992)*

The reason for the emergency in this order is because PB Financing worked very closely with the Chapter 7 Panel Trustee, Donald Biase, as well as his countless attorneys. Donald Biase and his attorneys have never cooperated with me, nor have I received any accounting regarding my real estate matters, which would have exonerated me. On August 22, 2023, I have two more properties being scheduled for Sheriff Sale in conjunction with the lack of prosecution for the criminal activity I am a victim of.

PB Financing has used this judgment to fraudulently enter various other matters that are protected by my LLC's which they were able to successfully do

4

with the assistance of the US Trustee Donald Biase. In the beginning of September I will be filing a motion for leave under the Barton Doctrine in order to file litigation against Donald Biase, Richard Trenk, Anthony Sodono and the countless lawyers that took advantage of my lawful and strategic bankruptcy. In order to strip me of tens of millions of dollars of cash and equity. After 20 years of backbreaking work that I put into building my real estate portfolio. I have over $500,000 frozen in attorney trust accounts as a direct result of these judgments. Without Your Honor's help I will never be able to bring forth the injustices that have all been displayed in front of the world. I have been represented by Porzio, Scura, Andre Kaydala and Pratik Parik. Only one of the four of these entities was honorable and ethical to me as a client and I will let you guess who that individual was.

I thank this court in advance for its attention. Without the federal court system, and this venue, I would not have a chance to explain myself. I have never had a day in court where I'm able to actually articulate the nature of what has happened. No matter how many times I point to the law no one in the court system cares, and only my assets are stripped from me illegally. This has all been done to me strategically in order to prevent me from obtaining the cash required to hire proper counsel to represent me in court, which would end this circus immediately.

I know that in Your Honor's court, I will finally have my day, and I look forward to that day with all the discovery, and the facts that I have to support all of the claims that I've made before you. I thank you for your time and consideration and effort, and you will see that I have not only been honest with the Court from day 1 the facts have slowly come out and support everything that I've said.

This case is far more sensational and entertaining than any show you will ever watch because it is all real. I intend to prove every word that I have written since I understand that it may be difficult to believe how so many horrible things happened to one individual.

> At the conclusion of this trial, two very important words will be answered;
> How?
> Why?
>
> But to start this trial we must answer two words;

When?
Where?

When will the US Government realize what it has tolerated?
Where (venue) will I finally have my day in court to present the fact?

The last three years have left me more broke and in debt for things I do not own and for crimes I have not committed.

Respectfully,

Daniel M. Risis

6