## Form A

Plaintiff ☐ Check if new address/phone number
Name: Daniel M. Risis
Address: 9 Fordham Rd, Livingston NJ 07039
Email Address: daniel@mikrobank
Telephone Number: 307-388-9116 ext.

~~Superior~~ DISTRICT COURT of New Jersey
~~Law Division, Special Civil Part~~
ESSEX County
Docket Number: 23-CV-03428

**Civil Action**
**Notice of Motion**

vs.

Defendant ☐ Check if new address/phone number
Name: PB Financing
Address: 100 American Metro Blvd, Hamilton NJ 08619
Email Address: tduggan@starkstark
Telephone Number: 609-895-1395 ext.

Check one:
☐ I do not request Oral Argument
☒ I request Oral Argument

**PLEASE TAKE NOTICE** that I will apply to the ~~Superior~~ DISTRICT Court of New Jersey, Law Division, Special Civil Part, _____ County located at _____, in the above entitled matter for an **Order** to:

☐ Permit Discovery

☐ Vacate Dismissal/Reinstate Complaint

☐ Amend Complaint

☐ Amend Answer

☐ Amend Judgment

☐ Enter Judgment Out of Time

☒ Vacate Default/Vacate Default Judgment (must include answer, any cross-claims or counterclaims, and the application fee; see step 6 on page 6)

☐ Other (Specify) _____

**NOTICE: IF YOU WANT TO RESPOND TO THIS MOTION YOU MUST DO SO IN WRITING.** Your written response must be in the form of a certification or affidavit. That means that the person signing it swears to the truth of the statements in the certification or affidavit and is aware that the court can punish him or her if the statements are knowingly false. You may ask for oral argument, which means you can ask to appear before the court to explain your position. If the court grants oral argument, you will be notified of the time, date and place. Your response, if any, must be in writing even if you request oral argument. Any papers you send to the court must also be sent to the opposing party's attorney, or the opposing party if not represented by an attorney.

## Form A

If you do not notify the Clerk and the undersigned in writing within ten (10) days of service of the motion that you object to entry of the order sought, the court, in its discretion, may enter the order against you without a hearing.

8/16/23
Date

Signature

Daniel M. Risis
Type or Print Name
Check one: ☒ Plaintiff / ☐ Defendant

## Certification of Service

I certify that I served a copy of this motion and any accompanying pages (check one)

☐ Personally on the person(s) or attorney(s) listed below.

☒ By mailing it to the person(s) or attorney(s) listed below by regular **and** certified mail.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Timothy Duggan (PB Financing)
(Name)

7022 0410 0002 1851 8131
(Certified Mail Number)

100 American Metro Blvd
(Address)

Hamilton NJ 08109
(City, State & Zip Code)

(Name)

(Certified Mail Number)

(Address)

(City, State & Zip Code)

(Name)

(Certified Mail Number)

(Address)

(City, State & Zip Code)

(Name)

(Certified Mail Number)

(Address)

(City, State & Zip Code)

8/16/23
Date

Signature

Daniel Risis
Type or Print Name
Check one: ☒ Plaintiff / ☐ Defendant