Daniel Risis, *Pro Se*
19 Fordham Rd
Livingston, NJ 07039
307-388-9165
daniel@mikrobank.com

| | |
|---|---|
| DANIEL M. RISIS<br><br>     PLAINTIFFS,<br><br>V.<br><br>MARGARITA RISIS, MARK RISIS,<br>PB FINANCING, Et al…<br><br>DEFENDANTS | DISTRICT COURT OF NEW JERSEY<br>ESSEX COUNTY<br>DOCKET NO: 23-cv-03429-ES-JRA<br><br>**EMERGENCY ORDER TO SHOW CAUSE** |

THIS MATTER being brought before the court by Plaintiff, Daniel Risis, ProSe, ("Risis"), seeking relief by way of order to show cause seeking an emergency hearing, based upon the facts set forth in the Certification of Daniel Risis dated August 16, 2023

It is on this_____day of August 2023:

ORDERED that DEFENDANT PB Financing LLC ("Defendant" or "PB Financing"), appear and show cause before this District Court of New Jersey at _____ o'clock why an order should not be issued as follows:

1

A. Immediate stop on all levy's placed upon Daniel Risis as an individual and his personal assets.

B. Immediate stop on all leavy's placed upon Daniel Risis' business Cash Cow Storage.

C. Immediate stop on all levy's placed upon Daniel Risis' entities.

D. Distinction that Cash Cow is in no way related to this matter.

E. Immediate correction of the business names and ownerships.

F. Recognition of correct ownership of Daniel Markus Inc. d/b/a Perfect Pawn is Margarita Risis.

G. Recognition that Daniel M. Risis was an employee of Daniel Markus Inc. dba Perfect Pawn upon signing of the loan agreement, all signatures were on behalf of the company as an agent of the company and in no way a

personal loan as Daniel Risis has never had any ownership in the company Daniel Markus Inc dba Perfect Pawn.

H. Recognition that Daniel Risis and Daniel Markus Inc. are two separate things/entities; Daniel M. Risis is a human being. Daniel Markus Inc. dba Perfect Pawn is a company that is owned by Margarita Risis.

I. PB Financing must attempt to collect the full debt from Margarita Risis, her business and personal assets, as she was/is and always has been the 100% owner of Daniel Markus Inc dba Perfect Pawn and is therefore responsible for all debts, liens, and payments regarding any and all business related matters.

J. Immediate cease and desist from contacting and harrassing Daniel Risis, his family and entities until this case has been heard and decided upon.

_____
Judge Salas, J.S.C.